AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 12/14/20)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br>The Premises Described in Attachment A-1 )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21-MJ-2291 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued: 5/10/2021 2:33 p.m.

Judge's signature: *Rozella A. Oliver*

City and state: Los Angeles, CA

The Honorable Rozella A. Oliver, U.S. Magistrate Judge
*Printed name and title*

AUSA: David T. Ryan (x4491)

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-MJ-2291 | 5/14/2021  6:00 AM | YAZAN MILBES |

Inventory made in the presence of: YESSENIA ALCAZAR, FBI

Inventory of the property taken and name of any person(s) seized:

PLEASE REFER TO ATTACHED PROPERTY RECEIPT OF ITEMS SEIZED

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/18/2021

*Executing officer's signature*

EMANUEL GONZALEZ, IRS-CI SPECIAL AGENT
*Printed name and title*

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Page 1 of 2

*Print Legibly. More than one line may be used for each item, if necessary.*

**Date:** 5/14/2021  **Case ID:** LA-3132551
**Location:** 16758 Key Lime Blvd, Riverside, CA 92503
**Preparer/Assistants:**
Yessenia Alcazar

**Personnel (full names and initials):**

| | | | |
|---|---|---|---|
| Albert Rabadi ___ | Alex Vu ___ | Carolina Nolte ___ | Chris Seymour ___ |
| Clara Velasquez ___ | Clarisa Kirk ___ | DJ Reeves ___ | Elgin Aguirre ___ |
| Emmanuel Gonzales ___ | Gerald Thomas ___ | Jazmin Vidana ___ | Jenifer Cambridge ___ |
| Natalia Leehey ___ | Nicole Riordan ___ | Randy Plotkin ___ | Reid Robbins ___ |
| Scott Faddis ___ | Travis Rankin ___ | Yessenia Alcazar ___ | Zaryab Zahid ___ |

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Invoices and tax documents | H | Closet | DJ Reeves / Reid Robbins | Paper | |
| 2 | Toyota Avalon purchase receipt | M | Dresser middle left | Clara Velasquez / DJ Reeves | Paper | |
| 3 | Black iPhone with case | M | Right night stand | Reid Robbins / Elgin Aguirre | Plastic | |
| 4 | Silver LG G5 cell phone with case and charger | M | Right night stand | Reid Robbins / Elgin Aguirre | Plastic | |
| 5 | Five (5) bracelets, two (2) necklaces, one (1) set of earrings, two (2) rings | M | Bottom drawer in dresser in box | Chris Seymour / Reid Robbins | Plastic | |
| 6 | Red colored ledger with "2014" on cover | M | Right night stand | Reid Robbins / Elgin Aguirre | Plastic | |
| 7 | US currency - 152 x $100, 48 x $50, 312 x $20 | M | 2nd drawer of right night stand | Reid Robbins / Chris Seymour | Plastic | |
| 8 | Tax/Business documents | O | Top shelf | Travis Rankin / Jazmin Vidana | Paper | |
| 9 | (10) yellow colored coins, (20) silver colored coins, (10) yellow colored coins | M | Bottom right drawer of dresser in box | Chris Seymour / Reid Robbins | Plastic | |
| 10 | 2018 tax records with business records, bag with torn business records | M | Master desk | Elgin Aguirre / Reid Robbins | Paper | |

## EVIDENCE COLLECTED ITEM LOG

FD-886 (Rev. 4-13-15)

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 2 of 2

| # | Item | Type | Location | Collected by | Packaging |
|---|------|------|----------|--------------|-----------|
| 11 | HP laptop serial: CND51032MV Model: 15-G023CI with power cord | M | On top of desk | Elgin Aguirre / Reid Robbins | Paper |
| 12 | Black G6 cell phone in blue case - Broken screen | O | Under dresser | DJ Reeves / Scott Faddis | Plastic |
| 13 | Grey LG cell phone with blue case | O | Under dresser | DJ Reeves / Scott Faddis | Plastic |
| 14 | San Disk cruzer (grey), PNY 4G, San Disk Cruzer (black), Micro SD card Kingston, T Mobile Sim Card, Unlabeled CD | O | Under dresser | DJ Reeves / Scott Faddis | Plastic |
| 15 | iPad Model: A1458 Serial: DVGKJEEKF185 with charger (cracked screen) | D | On side table | DJ Reeves / Scott Faddis | Plastic |